# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mark Lawrence, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 1192 C.D. 2015 |
| | : | |
| Pennsylvania Board of | : | |
| Probation and Parole, | : | |
| | : | |
| Respondent | : | |

# **O R D E R**

**AND NOW,** this 12th day of September, 2016, it is ordered that the above-captioned Memorandum Opinion, filed July 13, 2016, shall be designated OPINION and shall be REPORTED.

_____

**JAMES GARDNER COLINS, Senior Judge**